IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL LYNN HEARD**  **PLAINTIFF**

**v.**  **CASE NO. 4:21-CV-00336-BSM**

**CHRIS CARNAHAN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE